5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 04 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| JESUS LEDESMA AGUILAR, | § | |
| PETITIONER | § | |
| | § | |
| VS. | § | CAUSE NO. B-98-30 |
| | § | |
| GARY JOHNSON, DIRECTOR OF THE | § | |
| INSTITUTIONAL DIVISION OF THE | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, | § | |
| RESPONDENT | § | |

## ORDER APPOINTING ADDITIONAL COUNSEL

On this day came on to be heard the Petitioner's Motion for Appointment of Additional Counsel, and the Court having considered the Motion is of the opinion that said Motion is proper and should be GRANTED.

IT IS THEREFORE, ORDERED that Motion for Appointment of Additional Counsel for Movant is hereby GRANTED;

IT IS FURTHER ORDERED thaat Mr. Tom Moran, an attorney licensed to practice before this Court, is hereby appointed, as additional counsel, to represent the Petitioner herein.

SIGNED this 3 Day of Feby, 1998/1999, at Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE