```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF TEXAS,
                    BROWNSVILLE  DIVISION
```

JESUS LEDESMA AGUILAR, §
   PETITIONER §
  §
VS. §
  § CIVIL NO. B-98-30
GARY JOHNSON, DIRECTOR OF THE § **CAPITAL LITIGANT**
INSTITUTIONAL DIVISION OF THE §
TEXAS DEPARTMENT OF CRIMINAL §
JUSTICE, and §
ATTORNEY GENERAL OF THE STATE §
OF TEXAS, §
   RESPONDENT §

## ORDER

**TO THE UNITED STATES MARSHAL:**

You are ordered to deep JESUS LEDESMA AGUILAR, Petitioner, in the Cameron County Jail, Brownsville, Texas until June 15, 2000 pending further Order of this Court.

DONE IN BROWNSVILLE this 26th day of May, 2000.

                  _____
                  FELIX RECIO
                  UNITED STATES MAGISTRATE JUDGE